No. 87–6016.   TAYLOR *v.* HENRY VOGT MACHINE CO.   C. A. 6th Cir.   Certiorari denied.

No. 87–6018.   SOLOMON *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 87–6024.   MILHEM *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 87–6025.   BUSTAMANTE *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 87–6035.   ADAMS *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 87–6039.   BRAMBLETT *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 87–6046.   JONES *v.* SOWDERS, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 87–6049.   FRIEND *v.* KENTUCKY.   C. A. 6th Cir.   Certiorari denied.

No. 87–6056.   WHITE *v.* DEPARTMENT OF JUSTICE.   C. A. Fed. Cir.   Certiorari denied.

No. 87–6104.   ACHARYA *v.* BJORKSTEN ET AL.   C. A. 7th Cir. Certiorari denied.

No. 87–6109.   TUFFORD *v.* ALASKA.   Ct. App. Alaska.   Certiorari denied.

No. 87–523.   CARLIN *v.* MCKEAN, INDIVIDUALLY AND AS A MEMBER OF BOARD OF GOVERNORS OF THE UNITED STATES POSTAL SERVICE, ET AL.   C. A. D. C. Cir.   Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 87–698.   MCMANUS *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.   JUSTICE BLACKMUN took no part in the consideration or decision of this petition.